JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE BECK, | ) Case No.: 09-CV-06730 VBF (CWx) |
| Plaintiff, | ) <u>Civil Rights</u> |
| | ) *Assigned to Honorable Valerie Baker Fairbank, Magistrate Judge presiding* |
| vs. | ) |
| PROVIDENCE TARZANA-ENCINO MEDICAL CENTER *et al*, | ) **ORDER RE CONSENT DECREE FOR SETTLEMENT OF ALL OF PLAINTIFF'S DEMANDS FOR INJUNCTIVE RELIEF AND MONETARY CLAIMS** |
| Defendants. | ) |
| | ) Trial Date:   March 8, 2011 |

# ORDER

Pursuant to Stipulation, and for good cause shown, the CONSENT DECREE FOR SETTLEMENT OF ALL OF PLAINTIFF'S DEMANDS FOR INJUNCTIVE RELIEF AND MONETARY CLAIMS between Plaintiff BONNIE BECK and Defendant PROVIDENCE HEALTH SYSTEM – SOUTHERN CALIFORNIA, signed by Plaintiff and Defendant, and submitted concurrently with this Order is so ORDERED.

Dated: December 8, 2010            _/s/ Valerie Baker Fairbank_____
                                   The Honorable VALERIE BAKER FAIRBANK
                                   UNITED STATES DISTRICT JUDGE